*Recd 11/2/11 1 pm*

| | SUMMONS | |
|---|---|---|
| Image ID:<br>D00357314D02 | | Doc. No.   357314 |

IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA
575 S. 10th Street - 3rd Floor
SEPARATE JUVENILE COURT-4th Floor
Lincoln            NE 68508

Nelnet, Inc. v. Rudy J Vigil

Case ID: CI 11    4108

TO:  Rudy J Vigil

You have been sued by the following plaintiff(s):

Nelnet, Inc.

Plaintiff's Attorney:   Derek Aldridge
Address:                1400 U.S. Bank Bldg
                        233 S. 13th St
                        Lincoln, NE 68508
Telephone:              (402) 476-9200

A copy of the complaint/petition is attached. To defend this lawsuit, an
appropriate response must be served on the parties and filed with the office of
the clerk of the court within 30 days of service of the complaint/petition. If
you fail to respond, the court may enter judgment for the relief demanded in the
complaint/petition.

Date:  OCTOBER 25, 2011     BY THE COURT:  Susan Kirkland
                                           Clerk

PLAINTIFF'S DIRECTIONS FOR SERVICE OF SUMMONS AND A COPY OF THE
COMPLAINT/PETITION ON:

        Rudy J Vigil
        7110 E. 64th Ave.
        Commerce City, CO 80022-2904

BY:  Foreign Officer
Method of service:  Personal Service
Special Instructions:
Alias Summons/Complaint filed 10/3/11 to be served.

You are directed to make such service within twenty days after date of issue,
and show proof of service as provided by law.

Filed in Lancaster District Court
*** EFILED ***
Case Number: D 02 CI 11 0004108
Transaction ID: 0000101306
Filing Time: 2011-10-03 02:06:03 PM CDT

## IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | | |
|---|---|---|
| NELNET, INC., | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | |
| RUDY JAMES VIGIL, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Nelnet, Inc., ("Nelnet") for its cause of action against Defendant Rudy James Vigil, ("Vigil") alleges and states as follows:

1.     Nelnet is a Nebraska corporation with its principal place of business in Lancaster County, Nebraska.

2.     On information and belief, Vigil is a resident of Thornton, Adams County, Colorado.

3.     This Court has personal jurisdiction over Vigil under Neb. Rev. Stat. §§ 25-536(1)(a) and (2) due to the fact that Nelnet's cause of action arises from Vigil transacting business in Nebraska and that Vigil has maintained minimum contacts with Nebraska by his conduct which formed the basis for Nelnet's cause of action.

4.     Venue is proper in this Court under Neb. Rev. Stat. § 25-403.01 as Vigil is not a resident of this state and, thus, venue is proper in any county.

5.     Nelnet employed Vigil as a telemarketer at one of Nelnet's Colorado offices from about 2003 through about September 2004.

6.     Nelnet formally terminated Vigil's employment on or about January 20, 2005.

7.     On or about May 19, 2005, Vigil filed a lawsuit against Nelnet in the United States District Court for the District of Colorado, captioned as *Rudy J. Vigil v. Nelnet* under civil action no. 05-CV-908 ("Colorado lawsuit").

8.     Vigil's Colorado lawsuit against Nelnet alleged unlawful acts and/or omissions were committed by Nelnet during Vigil's employment.

9.     In consideration for settling the Colorado lawsuit, Vigil executed a general release agreement with Nelnet on or about October 17, 2005.

10.     Under that general release agreement, Vigil agreed to fully and forever release and discharge Nelnet from any and all claims, demands, actions, liabilities and damages of every kind and nature, in law or in equity, whether known or unknown to Vigil which Vigil had or may have had against Nelnet through and including October 17, 2005.

11.     On or about July 11, 2007, Vigil filed a lawsuit, under seal, against Nelnet and others in the United States District Court for the District of Nebraska, captioned as *United States of America ex rel. Rudy Vigil v. Nelnet Inc. et al.*, under case no. 07-CV-266 ("Nebraska lawsuit").

12.     On or about October 14, 2009, the United States District Court ordered the operative complaint in Vigil's Nebraska lawsuit to be unsealed.

13.     On or about November 16, 2009, Nelnet was served summons in the Nebraska lawsuit.

2

14. Vigil's Nebraska lawsuit against Nelnet also alleged unlawful acts and/or omissions were committed by Nelnet during Vigil's employment.

15. Nelnet engaged the assistance of attorneys in order to prepare a defense to Vigil's Nebraska lawsuit.

16. On behalf of Nelnet, the attorneys for Nelnet researched, prepared and filed a motion to dismiss and briefs in Vigil's Nebraska lawsuit.

17. On or about April 1, 2010, the United States District Court found that Vigil's Nebraska lawsuit failed to state a claim for which relief could be granted, granted Nelnet's motion to dismiss with prejudice, and entered an order and judgment in favor of Nelnet and against Vigil.

18. Vigil subsequently appealed the judgment of the District Court to the United States Court of Appeals for the Eighth Circuit.

19. On behalf of Nelnet, the attorneys for Nelnet researched, prepared and filed a brief in opposition to the appeal of Vigil's Nebraska lawsuit.

20. The attorneys for Nelnet also researched, prepared and presented oral argument before the Eighth Circuit Court of Appeals panel on the appeal of Vigil's Nebraska lawsuit.

21. On or about May 5, 2011, the United States Court of Appeals affirmed the judgment of the district court and entered an opinion and judgment in favor of Nelnet and against Vigil.

3

22.     Nelnet incurred substantial and significant attorney fees in its defense of Vigil's Nebraska lawsuit in both the federal district court and court of appeals.

23.     The general release agreement executed by Vigil on or about October 17, 2005, is a valid and binding legal contract between Nelnet and Vigil.

24.     Vigil's Nebraska lawsuit was based upon a claim or claims that would have accrued, if at all, before October 17, 2005.

25.     Vigil breached the general release agreement with Nelnet by filing the lawsuit against Nelnet in the United States District Court for the District of Nebraska on or about July 11, 2007.

26.     Vigil's breach of the general release agreement was an obvious breach because Vigil's Nebraska lawsuit, which was based upon information Vigil purportedly had obtained during his employment with Nelnet from 2003 through 2004, had accrued no later than his termination on January 20, 2005, and, under the plain and ordinary language of the general release agreement, Vigil clearly and unambiguously had agreed to fully and forever release Nelnet from any and all claims, demands, and actions, including lawsuits, which Vigil had or may have had against Nelnet accruing before October 17, 2005.

27.     Vigil's breach of the general release agreement was in bad faith as Vigil's Nebraska lawsuit, which involved allegations of conduct by Nelnet which Vigil learned during his employment with Nelnet in 2003 and 2004, was merely an extension of Vigil's Colorado lawsuit, which also involved allegations of conduct by Nelnet which Vigil learned during his

4

same employment term with Nelnet, and, thus, Vigil's Nebraska lawsuit was frivolous, was intended to be vexatious, and was brought by Vigil only for the purpose of harassing Nelnet.

28.   As a direct and proximate result of Vigil's breach of the general release agreement, Nelnet has been damaged by having to pay legal fees and expenses in defending the Nebraska lawsuit in the United States District Court for the District of Nebraska and in the United States Court of Appeals for the Eighth Circuit.

WHEREFORE, Plaintiff Nelnet, Inc., prays that this Court enter judgment in favor of the Plaintiff and against Defendant Rudy James Vigil for breach of contract and for any other general and special damages, the total amount to be proven at trial, for costs of this action, and for such other and further relief as may be proper.

NELNET, INC., Plaintiff,

BY:   PERRY, GUTHERY, HAASE & GESSFORD, P.C., L.L.O.,

BY:   _____
Daniel F. Kaplan (#17714)
R. J. Shortridge (#21336)
Derek A. Aldridge (#23541)
233 South 13th Street, Suite 1400
Lincoln, NE 68508
Telephone: (402) 476-9200
Facsimile: (402) 476-0094
Email: dkaplan@perrylawfirm.com
Email: rshortridge@perrylawfirm.com
Email: daldridge@perrylawfirm.com
*Attorneys for Plaintiff*

5

## IN THE DISTRICT COURT OF LANCASTER COUNTY, NEBRASKA

| | | |
|---|---|---|
| NELNET, INC., | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PRAECIPE FOR SUMMONS** |
| | ) | |
| RUDY JAMES VIGIL, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE CLERK OF SAID COURT:

Please issue a summons in the above-captioned matter and deliver the same, along with one copy of the complaint for the Defendant, Rudy James Vigil, to the undersigned attorneys for delivery to the Sheriff of Adams County, Colorado, for service upon the Defendant, Rudy James Vigil, whose last known address is 4442 East 107th Circle, Thornton, Colorado 80233, by personal or residential service, and return as provided by law.

NELNET, INC., Plaintiff,

BY: PERRY, GUTHERY, HAASE
& GESSFORD, P.C., L.L.O.,

BY: _Daniel C. Aldridge_ _____
Daniel F. Kaplan (#17714)
R. J. Shortridge (#21336)
Derek A. Aldridge (#23541)
233 South 13th Street, Suite 1400
Lincoln, NE 68508
Telephone: (402) 476-9200
Facsimile: (402) 476-0094
Email: dkaplan@perrylawfirm.com
Email: rshortridge@perrylawfirm.com
Email: daldridge@perrylawfirm.com
*Attorneys for Plaintiff*