## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **NELNET, INC.,** | ) | CASE NO. 4:11CV3216 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER AND** |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **RUDY JAMES VIGIL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with prejudice (Filing No. 8). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with prejudice (Filing No. 8) is approved;

2. This action, which includes all of the parties' claims, counter-claims, and causes of action, is dismissed, with prejudice;

3. The complete record is waived; and

4. The parties will pay their own costs and attorney's fees.

Dated this 12th day of January, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge